IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 07-193-DRH |
| | : | |
| $57,389.00 IN UNITED STATES CURRENCY and $500.00 IN UNITED STATES FUNDS REPRESENTED BY POSTAL MONEY ORDER NO. 09444323057, | : : : : : | |
| | : | |
| DEFENDANTS. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

A default having been entered as to Charles Waters, and all interested parties in the above case on the 27th day of June, 2007, [Doc. No. 8], all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 20th day of March, 2007, a Verified Complaint for Forfeiture against the defendant, more further described as:

**$57,389.00 in United States Currency and $500.00 in United States Funds represented by Postal Money Order No. 09444323057**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, and money used to facilitate in violation of 21 U.S.C. § 801 *et seq.* and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this

District seized said property on June 25, 2007;

That on April 4, 2007, April 11, 2007 and April 18, 2007, notice of this action was published in the Southern Illinoisan newspaper; the Certificate of Publication was filed with this court on April 25, 2007;

That Charles Waters, and all interested parties were defaulted for failure to file a claim or answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**$57,389.00 in United States Currency and $500.00 in United States Funds represented by Postal Money Order No. 09444323057**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party except as stated below.  The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

**DATE:** July 10, 2007

/s/     **David   RHerndon**
**United States District Judge**